IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01487-EWN-OES

RONALD G. PIERCE,

       Applicant,

v.

RICK A. SOARES (Ordway Correctional Facility), and
KEN SALAZAR, The Attorney General of the State of Colorado,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this   18th   day of October, 2005.

       BY THE COURT:

        /s/ Edward W. Nottingham
       EDWARD W. NOTTINGHAM
       JUDGE, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO